144

**ALLOWAY, C.**

v.

**The FRANKLIN INSTITUTE**

**2840 EDA 2016**

Superior Court of Pennsylvania.

9/8/2017

150801092

(Philadelphia)

Reversed/Remanded

**COM.**

v.

**NAYLOR, R.**

**2964 EDA 2016**

Superior Court of Pennsylvania.

09/08/2017

CP–23–CR–0004290–2015 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

■

**BROWN, C.**

v.

**ISSA, O.**

**2877 EDA 2016**

Superior Court of Pennsylvania.

09/08/2017

July Term, 2015, No. 01110

(Philadelphia)

Affirmed

■

**D & L TYPING SERVICE**

v.

**The PENN, State**

**3014 EDA 2016**

Superior Court of Pennsylvania.

9/8/2017

3461–CV–2010

(Monroe)

Affirmed